IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | Case No: 20-70111 |
| JOHN WILLIAM GALLAGHER III (xxx-xx-7100)<br>SHELLY LOU GALLAGHER (xxx-xx-8432)<br>5134 EDGECLIFF DR<br>WICHITA FALLS, TX 76302 | Chapter 13 |
| **DEBTORS** | |

### NOTICE OF HEARING AND THE RIGHT TO OBJECT:

PLEASE TAKE NOTICE that on July 15, 2020 10:00 am at the following location:

VIDEO HEARING: US COURTHOUSE ROOM 216A, 10TH AND LAMAR STREETS, WICHITA FALLS, TX 76301

### DEBTORS' CHAPTER 13 PLAN AND MOTION FOR VALUATION

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response must be served upon the Debtors' counsel (or the Debtors if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE PRE- HEARING DATE BELOW.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON July 15, 2020 at 8:30 AM AT THE FOLLOWING ADDRESS:

LOCATION: US COURTHOUSE ROOM 303, 10TH AND LAMAR STREETS,, WICHITA FALLS, TX 76301

DEBTOR'S(S') COUNSEL SHALL ADVISE THIER CLIENTS IF THEIR ATTENDANCE AT ANY HEARING OR PRE-HEARING IS REQUIRED.

HEARINGS ON OBJECTIONS OR REPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT.

/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
Telephone: (806) 748-1980
Facsimile: (806) 748-1956

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors; Debtors' counsel; the parties listed on the Debtors' mailing Matrix on file with the Court; those parties making an appearance; and upon the Office of the United States Trustee for the Northern District of Texas, on the same date it was filed.

```
JOHN WILLIAM GALLAGHER III, SHELLY LOU GALLAGHER, 5134 EDGECLIFF DR, WICHITA FALLS, TX 76302
MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX 76301
AMER FST FIN, 7330 W. 33RD STREET, WICHITA, KS 67205
AT & T MOBILITY, P.O. BOX 650553, DALLAS, TEXAS 85265-0553, DALLAS 85265-0553
ATWOOD RENTALS, 1148 S MAIN ST, MILAN, TN 38358
BONNI MANTOVANI, PROBER & RAPHAEL, A LAW CORPORATION, 20750 VENTURA BLVD. SUITE 100, WOODLAND HILLS, CA 91364
CARRINGTON MORTGAGE SERVICES, ATTN: BANKRUPTCY, PO BOX 3730, ANAHEIM, CA 92806
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
LVNV FUNDING, PO BOX 51660, SPARKS, NV 89435
SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161
UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX 76102-6882
US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC 20530
WICHITA COUNTY, PO BOX 1471, WICHITA FALLS, TX 76307
WICHITA FALLS TFCU, 4301 BARNETT RD, WICHITA FALLS, TX 76310
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX 75242
```

/s/ Robert B. Wilson
Robert B. Wilson